**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tarache L. Armstead d/b/a Armstrong Cleaning Systems, a/k/a Tara L. Armstead | CHAPTER 13 |
| Debtor(s) | BKY. NO. 22-21694 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns, Asset Backed Securities I Trust 2005-AQ1, Asset-Backed Certificates, Series 2005-AQ1 and index same on the master mailing list.

                                            Respectfully submitted,

                                          /s/ **Brian C. Nicholas**
                                          Brian Nicholas
                                          06 Sep 2022, 11:29:31, EDT

                                        Brian C. Nicholas, Esq. (317240) ☑
                                        Denise Carlon, Esq. (317226) ☐
                                        Rebecca A. Solarz, Esq. (315936) ☐
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        412-430-3594
                                        bkgroup@kmllawgroup.com