IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Tarache L. Armstead, | ) | Bankruptcy No. 22-21694 GLT |
| | ) | Chapter 13 |
| Debtor | ) | Related to Document No(s). 4, 5 |
| | ) | |
| Tarache L. Armstead, | ) | Hearing Date and Time: |
| | ) | September 28, 2022 at 10:00 am |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J, Winnecour, Trustee, West Penn Power, Verizon, U.S. Department of Education, PHEAA, Pennsylvania American Water Company, Merrick Bank, Kingston Data and Credit International, Columbia Gas of Pennsylvania, Chatham University, Cecil Township Municipal Authority, Atlas Aquisitions LLC, Canon McMillan School District, Internal Revenue Service, Monera Financial, Pennsylvania Department of Revenue, Select Portfolio Servicing, Inc, , American First Finance,, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Respondent(s) | | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND THE AUTOMATIC STAY

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay filed on August 31, 2022 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay appears thereon.  Pursuant to the Notice of Hearing, objections for Motion to Extend the Automatic Stay were to be filed and served no later than September 17, 2022.

      It is hereby respectfully requested that the Order attached to the Motion to Extend the Automatic Stay be entered by the Court.

Respectfully submitted,

September 22, 2022_____         /s/Christopher M. Frye_____
Date:                                    Christopher M. Frye, Esquire
                                         Attorney for the Debtor
                                         STEIDL & STEINBERG
                                         2830 Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA  15219
                                         (412) 391-8000
                                         PA I. D. No.  208402
                                         chris.frye@steidl-steinberg.com