# Tarache L. Arsmstead
# Case No. 22-21694
# Proof of Income
# Filed pursuant to rule 1007-4



Page: 1 of 3

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Tarache Armstead | 161945 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 161945 | E161945-2 | Hourly |
| **Job Title** | | **Tax Reporting Unit Name** |
| Profess Staff Nurse, OR Expert II | | UPMC Presbyterian Shadyside |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 105 William Street<br>McDonald, PA 15057<br>US | Sr. Profess Staff Nurse, OR Expert | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 22-May-2022 | 4-Jun-2022 | 10-Jun-2022 | 39.24 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 2,813.93 | 33,182.08 |
| Imputed Earnings | 5.40 | 19.65 |
| Pretax Deductions | 225.90 | 2,710.81 |
| Employee Tax Deductions | 518.62 | 5,897.44 |
| Voluntary Deductions | 22.40 | 246.70 |
| Net Payment | 2,041.61 | 24,307.48 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day OT Premium Retro Active | 0.00 | 2.83 |
| Day OT Regular Retroactive | 0.00 | 5.66 |
| Day Regular | 796.51 | 19,568.43 |
| Day Regular Retroactive | 0.00 | 502.13 |
| Holiday Worked | 470.88 | 470.88 |
| Holiday Worked OffShift | 0.00 | 20.05 |
| Holiday Worked OffShift Retroactive | 0.00 | 1.70 |
| Holiday Worked Weekend OffShift | 0.00 | 375.98 |
| Holiday Worked Weekend OffShift Retroactive | 0.00 | 31.83 |
| Meeting OffShift | 0.00 | 38.34 |
| Meeting OffShift Retroactive | 0.00 | 0.73 |
| Off Shift Regular | 626.85 | 5,904.99 |
| Off Shift Regular Retroactive | 0.00 | 97.86 |
| PA HB253 Payment | 0.00 | 808.29 |
| VAC COVID19 | 0.00 | 421.44 |
| VAC COVID19 Retroactive | 0.00 | 14.64 |
| Weekend Offshift | 0.00 | 167.04 |
| Weekend Offshift Retroactive | 0.00 | 5.49 |
| Weekend Regular | 914.29 | 2,547.22 |
| Weekend Regular Retroactive | 0.00 | 86.45 |
| **Others** | | |
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 5.40 | 19.65 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 20.30 | Hours | 39.24 | 1.00 | 796.51 |
| Holiday Worked | | | 8.00 | Hours | 39.24 | 1.50 | 470.88 |
| Off Shift Regular | | | 15.20 | Hours | 41.24 | 1.00 | 626.85 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Weekend Regular | | | 23.30 | Hours | 39.24 | 1.00 | 914.29 |

| Absences | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Holiday Unused Entitlement Payment | 0.00 | 583.06 |
| Holiday Unused Entitlement Retroactive | 0.00 | 26.58 |
| PTO Buy Discretionary Disbursement Retroactive | 0.00 | 0.57 |
| PTO Entitlement Payment | 0.00 | 1,420.63 |
| PTO Entitlement Retroactive | 0.00 | 59.61 |

| Hours | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Day Regular Hours Worked | 20.30 | 545.70 |
| Holiday Unused Entitlement Hours | 0.00 | 16.80 |
| Holiday Worked Hours Worked | 8.00 | 8.00 |
| Holiday Worked OffShift Hours Worked | 0.00 | 0.40 |
| Holiday Worked Weekend OffShift Hours Worked | 0.00 | 7.50 |
| Low Census Day Hours Worked | 4.00 | 7.10 |
| Meeting OffShift Hours Worked | 0.00 | 1.00 |
| Off Shift Regular Hours Worked | 15.20 | 153.10 |
| PTO Entitlement Hours | 0.00 | 39.20 |
| VAC COVID19 Hours Worked | 0.00 | 12.00 |
| Weekend Offshift Hours Worked | 0.00 | 4.50 |
| Weekend Regular Hours Worked | 23.30 | 69.50 |

| Pretax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Advantage Silver EE Pre Tax | 54.92 | 659.04 |
| Elite Vision EE Pre Tax | 7.41 | 88.92 |
| Health Care FSA Pre Tax V1 | 76.92 | 923.05 |
| PTO Buy Pre Tax V1 | 48.34 | 580.08 |
| Premium Dental EE Pre Tax | 31.85 | 382.20 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 77.52 |

| Tax Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| FIT Withheld | 291.14 | 3,218.04 |
| Social Security Employee Withheld | 160.46 | 1,889.22 |
| Medicare Employee Withheld | 37.52 | 441.83 |
| SUI Employee Withheld (PA) | 1.68 | 19.85 |
| City Withheld (PA,Washington,Cecil Township) | 12.91 | 152.25 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 24.00 |
| School Withheld (PA,Canon Mcmillan SD) | 12.91 | 152.25 |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Spouse DP ADD EE Post Tax | 4.62 | 55.44 |
| Spouse DP Life EE Post Tax | 6.59 | 79.08 |
| Supplemental Employee Life EE Post Tax | 11.19 | 112.18 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 6075627108 | UPMC Direct Deposit Banks | 043000096 PNC Bank, NA | XXXXXX2557 | USD | 2,041.61 |

**UPMC** LIFE CHANGING MEDICINE

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL_2020 | Single or Married filing separately | 0 | **0.00** |
| PA | | 0 | **0.00** |

**UPMC LIFE CHANGING MEDICINE**

Page: 1 of 3

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Tarache Armstead | 161945 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 161945 | E161945-2 | Hourly |
| **Job Title** | | **Tax Reporting Unit Name** |
| Profess Staff Nurse, OR Expert II | | UPMC Presbyterian Shadyside |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 105 William Street<br>McDonald, PA 15057<br>US | Sr. Profess Staff Nurse, OR Expert | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 22-May-2022 | 4-Jun-2022 | 10-Jun-2022 | 39.24 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,813.93 | 33,182.08 |
| Imputed Earnings | 5.40 | 19.65 |
| Pretax Deductions | 225.90 | 2,710.81 |
| Employee Tax Deductions | 518.62 | 5,897.44 |
| Voluntary Deductions | 22.40 | 246.70 |
| Net Payment | 2,041.61 | 24,307.48 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Day OT Premium Retro Active | 0.00 | 2.83 |
| Day OT Regular Retroactive | 0.00 | 5.66 |
| Day Regular | 796.51 | 19,568.43 |
| Day Regular Retroactive | 0.00 | 502.13 |
| Holiday Worked | 470.88 | 470.88 |
| Holiday Worked OffShift | 0.00 | 20.05 |
| Holiday Worked OffShift Retroactive | 0.00 | 1.70 |
| Holiday Worked Weekend OffShift | 0.00 | 375.98 |
| Holiday Worked Weekend OffShift Retroactive | 0.00 | 31.83 |
| Meeting OffShift | 0.00 | 38.34 |
| Meeting OffShift Retroactive | 0.00 | 0.73 |
| Off Shift Regular | 626.85 | 5,904.99 |
| Off Shift Regular Retroactive | 0.00 | 97.86 |
| PA HB253 Payment | 0.00 | 808.29 |
| VAC COVID19 | 0.00 | 421.44 |
| VAC COVID19 Retroactive | 0.00 | 14.64 |
| Weekend Offshift | 0.00 | 167.04 |
| Weekend Offshift Retroactive | 0.00 | 5.49 |
| Weekend Regular | 914.29 | 2,547.22 |
| Weekend Regular Retroactive | 0.00 | 86.45 |
| **Others** | | |
| Description | Current | Year to Date |
| Basic Life Taxable | 5.40 | 19.65 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 20.30 | Hours | 39.24 | 1.00 | 796.51 |
| Holiday Worked | | | 8.00 | Hours | 39.24 | 1.50 | 470.88 |
| Off Shift Regular | | | 15.20 | Hours | 41.24 | 1.00 | 626.85 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Weekend Regular | | | 23.30 | Hours | 39.24 | 1.00 | 914.29 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Unused Entitlement Payment | 0.00 | 583.06 |
| Holiday Unused Entitlement Retroactive | 0.00 | 26.58 |
| PTO Buy Discretionary Disbursement Retroactive | 0.00 | 0.57 |
| PTO Entitlement Payment | 0.00 | 1,420.63 |
| PTO Entitlement Retroactive | 0.00 | 59.61 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Day Regular Hours Worked | 20.30 | 545.70 |
| Holiday Unused Entitlement Hours | 0.00 | 16.80 |
| Holiday Worked Hours Worked | 8.00 | 8.00 |
| Holiday Worked OffShift Hours Worked | 0.00 | 0.40 |
| Holiday Worked Weekend OffShift Hours Worked | 0.00 | 7.50 |
| Low Census Day Hours Worked | 4.00 | 7.10 |
| Meeting OffShift Hours Worked | 0.00 | 1.00 |
| Off Shift Regular Hours Worked | 15.20 | 153.10 |
| PTO Entitlement Hours | 0.00 | 39.20 |
| VAC COVID19 Hours Worked | 0.00 | 12.00 |
| Weekend Offshift Hours Worked | 0.00 | 4.50 |
| Weekend Regular Hours Worked | 23.30 | 69.50 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 54.92 | 659.04 |
| Elite Vision EE Pre Tax | 7.41 | 88.92 |
| Health Care FSA Pre Tax V1 | 76.92 | 923.05 |
| PTO Buy Pre Tax V1 | 48.34 | 580.08 |
| Premium Dental EE Pre Tax | 31.85 | 382.20 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 77.52 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| FIT Withheld | 291.14 | 3,218.04 |
| Social Security Employee Withheld | 160.46 | 1,889.22 |
| Medicare Employee Withheld | 37.52 | 441.83 |
| SUI Employee Withheld (PA) | 1.68 | 19.85 |
| City Withheld (PA,Washington,Cecil Township) | 12.91 | 152.25 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 24.00 |
| School Withheld (PA,Canon Mcmillan SD) | 12.91 | 152.25 |

| Other Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Spouse DP ADD EE Post Tax | 4.62 | 55.44 |
| Spouse DP Life EE Post Tax | 6.59 | 79.08 |
| Supplemental Employee Life EE Post Tax | 11.19 | 112.18 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| Check/Deposit Number | Bank Name | Branch Name | Account Number | Currency | Payment Amount |
| 6075627108 | UPMC Direct Deposit Banks | 043000096 PNC Bank, NA | XXXXXX2557 | USD | 2,041.61 |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL_2020 | Single or Married filing separately | 0 | **0.00** |
| PA | | 0 | **0.00** |

**UPMC LIFE CHANGING MEDICINE**

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Tarache Armstead | 161945 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 161945 | E161945-2 | Hourly |
| **Job Title** | | **Tax Reporting Unit Name** |
| Profess Staff Nurse, OR Expert II | | UPMC Presbyterian Shadyside |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 105 William Street<br>McDonald, PA 15057<br>US | Sr. Profess Staff Nurse, OR Expert | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 17-Jul-2022 | 30-Jul-2022 | 5-Aug-2022 | 39.24 |

| Summary | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Gross Earnings | 3,683.54 | 47,535.32 |
| Imputed Earnings | 5.40 | 30.45 |
| Pretax Deductions | 225.90 | 3,691.93 |
| Employee Tax Deductions | 303.23 | 7,362.25 |
| Voluntary Deductions | 22.40 | 336.30 |
| Net Payment | 3,126.61 | 36,114.39 |

| Earnings | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Call | 0.00 | 603.27 |
| Day OT Premium | 109.89 | 361.79 |
| Day OT Premium Retro Active | 0.00 | 2.83 |
| Day OT Regular | 211.89 | 686.67 |
| Day OT Regular Retroactive | 0.00 | 5.66 |
| Day Regular | 2,856.46 | 28,616.51 |
| Day Regular Retroactive | 0.00 | 502.13 |
| Holiday Worked | 0.00 | 470.88 |
| Holiday Worked OffShift | 0.00 | 20.05 |
| Holiday Worked OffShift Retroactive | 0.00 | 1.70 |
| Holiday Worked Weekend OffShift | 0.00 | 375.98 |
| Holiday Worked Weekend OffShift Retroactive | 0.00 | 31.83 |
| Meeting OffShift | 0.00 | 38.34 |
| Meeting OffShift Retroactive | 0.00 | 0.73 |
| Off Shift Regular | 296.93 | 7,748.42 |
| Off Shift Regular Retroactive | 0.00 | 97.86 |
| PA HB253 Payment | 0.00 | 808.29 |
| Stand By 3_40 | 108.80 | 292.40 |
| VAC COVID19 | 0.00 | 421.44 |
| VAC COVID19 Retroactive | 0.00 | 14.64 |
| Weekend Offshift | 0.00 | 167.04 |
| Weekend Offshift Retroactive | 0.00 | 5.49 |
| Weekend Regular | 0.00 | 2,547.22 |
| Weekend Regular Retroactive | 0.00 | 86.45 |
| **Others** | | |
| **Description** | **Current** | **Year to Date** |
| Basic Life Taxable | 5.40 | 30.45 |

**UPMC** LIFE CHANGING MEDICINE

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day OT Premium | | | 2.30 | Hours | 40.52 | 0.50 | 46.60 |
| Day OT Premium | | | 3.10 | Hours | 40.83 | 0.50 | 63.29 |
| Day OT Regular | | | 5.40 | Hours | 39.24 | 1.00 | 211.89 |
| Day Regular | | | 72.80 | Hours | 39.24 | 1.00 | 2,856.46 |
| Holiday Unused Entitlement | | | 2.40 | Hours | 39.24 | 1.00 | 94.17 |
| Off Shift Regular | | | 7.20 | Hours | 41.24 | 1.00 | 296.93 |
| Stand By 3_40 | | | 32.00 | Hours | 3.40 | 1.00 | 108.80 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Unused Entitlement Payment | 94.17 | 896.96 |
| Holiday Unused Entitlement Retroactive | 0.00 | 26.58 |
| PTO Buy Discretionary Disbursement Retroactive | 0.00 | 0.57 |
| PTO Entitlement Payment | 0.00 | 2,613.53 |
| PTO Entitlement Retroactive | 0.00 | 59.61 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Call Hours Worked | 0.00 | 10.25 |
| Day OT Premium Hours Worked | 5.40 | 17.50 |
| Day OT Regular Hours Worked | 5.40 | 17.50 |
| Day Regular Hours Worked | 72.80 | 776.30 |
| Holiday Unused Entitlement Hours | 2.40 | 24.80 |
| Holiday Worked Hours Worked | 0.00 | 8.00 |
| Holiday Worked OffShift Hours Worked | 0.00 | 0.40 |
| Holiday Worked Weekend OffShift Hours Worked | 0.00 | 7.50 |
| Low Census Day Hours Worked | 0.00 | 7.10 |
| Meeting OffShift Hours Worked | 0.00 | 1.00 |
| Off Shift Regular Hours Worked | 7.20 | 197.80 |
| PTO Entitlement Hours | 0.00 | 69.60 |
| Paid Meal Break | 0.00 | 0.50 |
| Stand By 3_40 Hours Worked | 32.00 | 86.00 |
| VAC COVID19 Hours Worked | 0.00 | 12.00 |
| Weekend Offshift Hours Worked | 0.00 | 4.50 |
| Weekend Regular Hours Worked | 0.00 | 69.50 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 54.92 | 878.72 |
| Elite Vision EE Pre Tax | 7.41 | 118.56 |
| Health Care FSA Pre Tax V1 | 76.92 | 1,230.75 |
| PTO Buy Pre Tax V1 | 48.34 | 773.44 |
| Parking LDC Lothrop Darragh Coupon_V1 | 0.00 | 77.50 |
| Premium Dental EE Pre Tax | 31.85 | 509.60 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 103.36 |
| **Tax Deductions** | | |
| Description | Current | Year to Date |
| Social Security Employee Withheld | 214.37 | 2,718.29 |
| Medicare Employee Withheld | 50.14 | 635.73 |
| FIT Withheld | 0.00 | 3,508.91 |
| SUI Employee Withheld (PA) | 2.20 | 28.44 |
| City Withheld (PA,Washington,Cecil Township) | 17.26 | 219.44 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 32.00 |

**UPMC** LIFE CHANGING MEDICINE

Page: 3 of 3

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| School Withheld (PA,Canon Mcmillan SD) |  |  |  | **17.26** | **219.44** |

| Other Deductions | | | | | |
|---|---|---|---|---|---|
| **Description** | | | | **Current** | **Year to Date** |
| Spouse DP ADD EE Post Tax | | | | **4.62** | **73.92** |
| Spouse DP Life EE Post Tax | | | | **6.59** | **105.44** |
| Supplemental Employee Life EE Post Tax | | | | **11.19** | **156.94** |
| **Net Pay Distribution** | | | | | |
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 6416747658 | UPMC Direct Deposit Banks | 043000096 PNC Bank, NA | 1087982557 | USD | **3,126.61** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL_2020 | Single or Married filing separately | 0 | **0.00** |
| PA |  | 0 | **0.00** |



Page: 1 of 3

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Tarache Armstead | 161945 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 161945 | E161945-2 | Hourly |
| **Job Title** | | **Tax Reporting Unit Name** |
| Profess Staff Nurse, OR Expert II | | UPMC Presbyterian Shadyside |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 105 William Street<br>McDonald, PA 15057<br>US | Sr. Profess Staff Nurse, OR Expert | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 31-Jul-2022 | 13-Aug-2022 | 19-Aug-2022 | 39.24 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 2,807.56 | 50,342.88 |
| Imputed Earnings | 0.00 | 30.45 |
| Pretax Deductions | 225.91 | 3,917.84 |
| Employee Tax Deductions | 226.99 | 7,589.24 |
| Voluntary Deductions | 22.40 | 358.70 |
| Net Payment | 2,332.26 | 38,446.65 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Call | 0.00 | 603.27 |
| Day OT Premium | 0.00 | 361.79 |
| Day OT Premium Retro Active | 0.00 | 2.83 |
| Day OT Regular | 0.00 | 686.67 |
| Day OT Regular Retroactive | 0.00 | 5.66 |
| Day Regular | 1,859.84 | 30,476.35 |
| Day Regular Retroactive | 0.00 | 502.13 |
| Holiday Worked | 0.00 | 470.88 |
| Holiday Worked OffShift | 0.00 | 20.05 |
| Holiday Worked OffShift Retroactive | 0.00 | 1.70 |
| Holiday Worked Weekend OffShift | 0.00 | 375.98 |
| Holiday Worked Weekend OffShift Retroactive | 0.00 | 31.83 |
| Meeting OffShift | 0.00 | 38.34 |
| Meeting OffShift Retroactive | 0.00 | 0.73 |
| Off Shift Regular | 284.56 | 8,032.98 |
| Off Shift Regular Retroactive | 0.00 | 97.86 |
| PA HB253 Payment | 0.00 | 808.29 |
| Stand By 3_40 | 0.00 | 292.40 |
| VAC COVID19 | 0.00 | 421.44 |
| VAC COVID19 Retroactive | 0.00 | 14.64 |
| Weekend Offshift | 0.00 | 167.04 |
| Weekend Offshift Retroactive | 0.00 | 5.49 |
| Weekend Regular | 0.00 | 2,547.22 |
| Weekend Regular Retroactive | 0.00 | 86.45 |

| Others | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 0.00 | 30.45 |

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Day Regular | | | 47.40 | Hours | 39.24 | 1.00 | 1,859.84 |
| Holiday Unused Entitlement | | | 3.20 | Hours | 39.24 | 1.00 | 125.56 |
| Off Shift Regular | | | 6.90 | Hours | 41.24 | 1.00 | 284.56 |
| PTO Entitlement | | | 13.70 | Hours | 39.24 | 1.00 | 537.60 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Unused Entitlement Payment | 125.56 | 1,022.52 |
| Holiday Unused Entitlement Retroactive | 0.00 | 26.58 |
| PTO Buy Discretionary Disbursement Retroactive | 0.00 | 0.57 |
| PTO Entitlement Payment | 537.60 | 3,151.13 |
| PTO Entitlement Retroactive | 0.00 | 59.61 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Call Hours Worked | 0.00 | 10.25 |
| Day OT Premium Hours Worked | 0.00 | 17.50 |
| Day OT Regular Hours Worked | 0.00 | 17.50 |
| Day Regular Hours Worked | 47.40 | 823.70 |
| Holiday Unused Entitlement Hours | 3.20 | 28.00 |
| Holiday Worked Hours Worked | 0.00 | 8.00 |
| Holiday Worked OffShift Hours Worked | 0.00 | 0.40 |
| Holiday Worked Weekend OffShift Hours Worked | 0.00 | 7.50 |
| Low Census Day Hours Worked | 0.00 | 7.10 |
| Meeting OffShift Hours Worked | 0.00 | 1.00 |
| Off Shift Regular Hours Worked | 6.90 | 204.70 |
| PTO Entitlement Hours | 13.70 | 83.30 |
| Paid Meal Break | 0.00 | 0.50 |
| Stand By 3_40 Hours Worked | 0.00 | 86.00 |
| VAC COVID19 Hours Worked | 0.00 | 12.00 |
| Weekend Offshift Hours Worked | 0.00 | 4.50 |
| Weekend Regular Hours Worked | 0.00 | 69.50 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 54.92 | 933.64 |
| Elite Vision EE Pre Tax | 7.41 | 125.97 |
| Health Care FSA Pre Tax V1 | 76.93 | 1,307.68 |
| PTO Buy Pre Tax V1 | 48.34 | 821.78 |
| Parking LDC Lothrop Darragh Coupon_V1 | 0.00 | 77.50 |
| Premium Dental EE Pre Tax | 31.85 | 541.45 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 109.82 |
| **Tax Deductions** | | |
| Description | Current | Year to Date |
| Social Security Employee Withheld | 160.06 | 2,878.35 |
| Medicare Employee Withheld | 37.43 | 673.16 |
| FIT Withheld | 0.00 | 3,508.91 |
| SUI Employee Withheld (PA) | 1.68 | 30.12 |
| City Withheld (PA,Washington,Cecil Township) | 12.91 | 232.35 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 34.00 |
| School Withheld (PA,Canon Mcmillan SD) | 12.91 | 232.35 |

**UPMC** LIFE CHANGING MEDICINE

Page: 3 of 3

| Other Deductions | | |
|---|---:|---:|
| **Description** | **Current** | **Year to Date** |
| Spouse DP ADD EE Post Tax | 4.62 | 78.54 |
| Spouse DP Life EE Post Tax | 6.59 | 112.03 |
| Supplemental Employee Life EE Post Tax | 11.19 | 168.13 |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---:|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 6501568355 | UPMC Direct Deposit Banks | 043000096 PNC Bank, NA | 1087982557 | USD | 2,332.26 |

| Tax Withholding Information | | | |
|---|---|---:|---:|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL_2020 | Single or Married filing separately | 0 | 0.00 |
| PA | | 0 | 0.00 |



# Earnings Statement



MAXIM HEALTHCARE STAFFING SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

Period Beginning: 08/21/2022
Period Ending: 08/27/2022
Pay Date: 09/02/2022

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

TARACHE L ARMSTEAD
105 WILLIAM ST
MCDONALD PA 15057

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 100.0000 | 39.95 | 3,995.00 | 3,995.00 |
| **Gross Pay** | | | **$3,995.00** | 3,995.00 |

**Deductions  Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -741.62 | 741.62 |
| Social Security Tax | -247.69 | 247.69 |
| Medicare Tax | -57.93 | 57.93 |
| PA State Income Tax | -122.65 | 122.65 |
| Pittsburgh C Income Tax | -39.95 | 39.95 |
| Pittsburgh C Local Svc Tax | -1.00 | 1.00 |
| PA SUI Tax | -2.40 | 2.40 |
| **Net Pay** | **$2,781.76** | |
| Dd Checking 1 | -2,781.76 | |
| **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PHONE NUMBER 1.800.394.7195.

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:    Single
Exemptions/Allowances:
  PA:    N/A

| Earnings | rate | hours | this period |
|---|---|---|---|
| (0822HERITAGE ) | | | |
| Regular | 100.0000 | 9.92 | 992.00 |
| (0824HERITAGE ) | | | |
| Regular | 100.0000 | 10.00 | 1,000.00 |
| (0825HERITAGE ) | | | |
| Regular | 100.0000 | 10.03 | 1,003.00 |
| (0826HERITAGE ) | | | |
| Regular | 100.0000 | 10.00 | 1,000.00 |
| **Total Hours Worked** | | 39.95 | |

Your federal taxable wages this period are $3,995.00

© 2000 ADP, Inc.



MAXIM HEALTHCARE STAFFING SERVICES, INC.
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

**Advice number:** 00000354294
**Pay date:** 09/02/2022



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| TARACHE L ARMSTEAD | xxxxxx2557 | xxxx xxxx | $2,781.76 |

**NON-NEGOTIABLE**



Page: 1 of 3

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Tarache Armstead | 161945 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 161945 | E161945-2 | Hourly |
| **Job Title** | | **Tax Reporting Unit Name** |
| Profess Staff Nurse, OR Expert II | | UPMC Presbyterian Shadyside |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 105 William Street<br>McDonald, PA 15057<br>US | Sr. Profess Staff Nurse, OR Expert | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 3-Jul-2022 | 16-Jul-2022 | 22-Jul-2022 | 39.24 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 3,783.98 | 43,851.78 |
| Imputed Earnings | 0.00 | 25.05 |
| Pretax Deductions | 303.41 | 3,466.03 |
| Employee Tax Deductions | 306.11 | 7,059.02 |
| Voluntary Deductions | 22.40 | 313.90 |
| Net Payment | 3,152.06 | 32,987.78 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Call | 117.71 | 603.27 |
| Day OT Premium | 135.88 | 251.90 |
| Day OT Premium Retro Active | 0.00 | 2.83 |
| Day OT Regular | 258.97 | 474.78 |
| Day OT Regular Retroactive | 0.00 | 5.66 |
| Day Regular | 2,542.57 | 25,760.05 |
| Day Regular Retroactive | 0.00 | 502.13 |
| Holiday Worked | 0.00 | 470.88 |
| Holiday Worked OffShift | 0.00 | 20.05 |
| Holiday Worked OffShift Retroactive | 0.00 | 1.70 |
| Holiday Worked Weekend OffShift | 0.00 | 375.98 |
| Holiday Worked Weekend OffShift Retroactive | 0.00 | 31.83 |
| Meeting OffShift | 0.00 | 38.34 |
| Meeting OffShift Retroactive | 0.00 | 0.73 |
| Off Shift Regular | 626.85 | 7,451.49 |
| Off Shift Regular Retroactive | 0.00 | 97.86 |
| PA HB253 Payment | 0.00 | 808.29 |
| Stand By 3_40 | 102.00 | 183.60 |
| VAC COVID19 | 0.00 | 421.44 |
| VAC COVID19 Retroactive | 0.00 | 14.64 |
| Weekend Offshift | 0.00 | 167.04 |
| Weekend Offshift Retroactive | 0.00 | 5.49 |
| Weekend Regular | 0.00 | 2,547.22 |
| Weekend Regular Retroactive | 0.00 | 86.45 |

| Others | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 0.00 | 25.05 |



Page: 2 of 3

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Call | | | 2.00 | Hours | 39.24 | 1.50 | 117.71 |
| Day OT Premium | | | 3.20 | Hours | 40.84 | 0.50 | 65.35 |
| Day OT Premium | | | 3.40 | Hours | 41.49 | 0.50 | 70.53 |
| Day OT Regular | | | 6.60 | Hours | 39.24 | 1.00 | 258.97 |
| Day Regular | | | 64.80 | Hours | 39.24 | 1.00 | 2,542.57 |
| Off Shift Regular | | | 15.20 | Hours | 41.24 | 1.00 | 626.85 |
| Stand By 3_40 | | | 30.00 | Hours | 3.40 | 1.00 | 102.00 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Unused Entitlement Payment | 0.00 | 802.79 |
| Holiday Unused Entitlement Retroactive | 0.00 | 26.58 |
| PTO Buy Discretionary Disbursement Retroactive | 0.00 | 0.57 |
| PTO Entitlement Payment | 0.00 | 2,613.53 |
| PTO Entitlement Retroactive | 0.00 | 59.61 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Call Hours Worked | 2.00 | 10.25 |
| Day OT Premium Hours Worked | 6.60 | 12.10 |
| Day OT Regular Hours Worked | 6.60 | 12.10 |
| Day Regular Hours Worked | 64.80 | 703.50 |
| Holiday Unused Entitlement Hours | 0.00 | 22.40 |
| Holiday Worked Hours Worked | 0.00 | 8.00 |
| Holiday Worked OffShift Hours Worked | 0.00 | 0.40 |
| Holiday Worked Weekend OffShift Hours Worked | 0.00 | 7.50 |
| Low Census Day Hours Worked | 0.00 | 7.10 |
| Meeting OffShift Hours Worked | 0.00 | 1.00 |
| Off Shift Regular Hours Worked | 15.20 | 190.60 |
| PTO Entitlement Hours | 0.00 | 69.60 |
| Paid Meal Break | 0.00 | 0.50 |
| Stand By 3_40 Hours Worked | 30.00 | 54.00 |
| VAC COVID19 Hours Worked | 0.00 | 12.00 |
| Weekend Offshift Hours Worked | 0.00 | 4.50 |
| Weekend Regular Hours Worked | 0.00 | 69.50 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 54.92 | 823.80 |
| Elite Vision EE Pre Tax | 7.41 | 111.15 |
| Health Care FSA Pre Tax V1 | 76.93 | 1,153.83 |
| PTO Buy Pre Tax V1 | 48.34 | 725.10 |
| Parking LDC Lothrop Darragh Coupon_V1 | 77.50 | 77.50 |
| Premium Dental EE Pre Tax | 31.85 | 477.75 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 96.90 |
| **Tax Deductions** | | |
| Description | Current | Year to Date |
| Social Security Employee Withheld | 215.80 | 2,503.92 |
| Medicare Employee Withheld | 50.46 | 585.59 |
| FIT Withheld | 0.00 | 3,508.91 |
| SUI Employee Withheld (PA) | 2.27 | 26.24 |
| City Withheld (PA,Washington,Cecil Township) | 17.79 | 202.18 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 30.00 |

**UPMC** LIFE CHANGING MEDICINE

Page: 3 of 3

|  |  |  |
|---|---|---|
| School Withheld (PA,Canon Mcmillan SD) | **17.79** | **202.18** |

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Spouse DP ADD EE Post Tax | **4.62** | **69.30** |
| Spouse DP Life EE Post Tax | **6.59** | **98.85** |
| Supplemental Employee Life EE Post Tax | **11.19** | **145.75** |

| Net Pay Distribution | | | | | |
|---|---|---|---|---|---|
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 6332723427 | UPMC Direct Deposit Banks | 043000096 PNC Bank, NA | 1087982557 | USD | **3,152.06** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL_2020 | Single or Married filing separately | 0 | **0.00** |
| PA | | 0 | **0.00** |

**UPMC LIFE CHANGING MEDICINE**

Page: 1 of 3

| Employee Name | Payroll Relationship Number | Payroll |
|---|---|---|
| Tarache Armstead | 161945 | UPMC Biweekly Payroll |
| **Person Number** | **Assignment Number** | **Salary Basis Name** |
| 161945 | E161945-2 | Hourly |
| **Job Title** | | **Tax Reporting Unit Name** |
| Profess Staff Nurse, OR Expert II | | UPMC Presbyterian Shadyside |
| **Employee Address** | **Position** | **Tax Reporting Unit Address** |
| 105 William Street<br>McDonald, PA 15057<br>US | Sr. Profess Staff Nurse, OR Expert | 600 Grant Street<br>Floor 56<br>Pittsburgh, PA 15219<br>US |

| Period Type | Period Start Date | Period End Date | Payment Date | Base Salary |
|---|---|---|---|---|
| Biweekly | 19-Jun-2022 | 2-Jul-2022 | 8-Jul-2022 | 39.24 |

| Summary | | |
|---|---|---|
| Description | Current | Year to Date |
| Gross Earnings | 4,073.00 | 40,067.80 |
| Imputed Earnings | 5.40 | 25.05 |
| Pretax Deductions | 225.90 | 3,162.62 |
| Employee Tax Deductions | 337.17 | 6,752.91 |
| Voluntary Deductions | 22.40 | 291.50 |
| Net Payment | 3,482.13 | 29,835.72 |

| Earnings | | |
|---|---|---|
| Description | Current | Year to Date |
| Call | 485.56 | 485.56 |
| Day OT Premium | 116.02 | 116.02 |
| Day OT Premium Retro Active | 0.00 | 2.83 |
| Day OT Regular | 215.81 | 215.81 |
| Day OT Regular Retroactive | 0.00 | 5.66 |
| Day Regular | 2,558.26 | 23,217.48 |
| Day Regular Retroactive | 0.00 | 502.13 |
| Holiday Worked | 0.00 | 470.88 |
| Holiday Worked OffShift | 0.00 | 20.05 |
| Holiday Worked OffShift Retroactive | 0.00 | 1.70 |
| Holiday Worked Weekend OffShift | 0.00 | 375.98 |
| Holiday Worked Weekend OffShift Retroactive | 0.00 | 31.83 |
| Meeting OffShift | 0.00 | 38.34 |
| Meeting OffShift Retroactive | 0.00 | 0.73 |
| Off Shift Regular | 610.35 | 6,824.64 |
| Off Shift Regular Retroactive | 0.00 | 97.86 |
| PA HB253 Payment | 0.00 | 808.29 |
| Stand By 3_40 | 81.60 | 81.60 |
| VAC COVID19 | 0.00 | 421.44 |
| VAC COVID19 Retroactive | 0.00 | 14.64 |
| Weekend Offshift | 0.00 | 167.04 |
| Weekend Offshift Retroactive | 0.00 | 5.49 |
| Weekend Regular | 0.00 | 2,547.22 |
| Weekend Regular Retroactive | 0.00 | 86.45 |

| Others | | |
|---|---|---|
| Description | Current | Year to Date |
| Basic Life Taxable | 5.40 | 25.05 |



Page: 2 of 3

| Description | Start Date | End Date | Quantity | Type | Rate | Multiple | Amount |
|---|---|---|---|---|---|---|---|
| Call | | | 8.25 | Hours | 39.24 | 1.50 | 485.56 |
| Day OT Premium | | | 2.40 | Hours | 40.86 | 0.50 | 49.04 |
| Day OT Premium | | | 3.10 | Hours | 43.21 | 0.50 | 66.98 |
| Day OT Regular | | | 5.50 | Hours | 39.24 | 1.00 | 215.81 |
| Day Regular | | | 65.20 | Hours | 39.24 | 1.00 | 2,558.26 |
| Off Shift Regular | | | 14.80 | Hours | 41.24 | 1.00 | 610.35 |
| Stand By 3_40 | | | 24.00 | Hours | 3.40 | 1.00 | 81.60 |

| Absences | | |
|---|---|---|
| Description | Current | Year to Date |
| Holiday Unused Entitlement Payment | 0.00 | 802.79 |
| Holiday Unused Entitlement Retroactive | 0.00 | 26.58 |
| PTO Buy Discretionary Disbursement Retroactive | 0.00 | 0.57 |
| PTO Entitlement Payment | 0.00 | 2,613.53 |
| PTO Entitlement Retroactive | 0.00 | 59.61 |

| Hours | | |
|---|---|---|
| Description | Current | Year to Date |
| Call Hours Worked | 8.25 | 8.25 |
| Day OT Premium Hours Worked | 5.50 | 5.50 |
| Day OT Regular Hours Worked | 5.50 | 5.50 |
| Day Regular Hours Worked | 65.20 | 638.70 |
| Holiday Unused Entitlement Hours | 0.00 | 22.40 |
| Holiday Worked Hours Worked | 0.00 | 8.00 |
| Holiday Worked OffShift Hours Worked | 0.00 | 0.40 |
| Holiday Worked Weekend OffShift Hours Worked | 0.00 | 7.50 |
| Low Census Day Hours Worked | 0.00 | 7.10 |
| Meeting OffShift Hours Worked | 0.00 | 1.00 |
| Off Shift Regular Hours Worked | 14.80 | 175.40 |
| PTO Entitlement Hours | 0.00 | 69.60 |
| Paid Meal Break | 0.50 | 0.50 |
| Stand By 3_40 Hours Worked | 24.00 | 24.00 |
| VAC COVID19 Hours Worked | 0.00 | 12.00 |
| Weekend Offshift Hours Worked | 0.00 | 4.50 |
| Weekend Regular Hours Worked | 0.00 | 69.50 |

| Pretax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Advantage Silver EE Pre Tax | 54.92 | 768.88 |
| Elite Vision EE Pre Tax | 7.41 | 103.74 |
| Health Care FSA Pre Tax V1 | 76.92 | 1,076.90 |
| PTO Buy Pre Tax V1 | 48.34 | 676.76 |
| Premium Dental EE Pre Tax | 31.85 | 445.90 |
| Supplemental Employee ADD EE Pre Tax | 6.46 | 90.44 |

| Tax Deductions | | |
|---|---|---|
| Description | Current | Year to Date |
| Social Security Employee Withheld | 238.52 | 2,288.12 |
| Medicare Employee Withheld | 55.79 | 535.13 |
| FIT Withheld | 0.00 | 3,508.91 |
| SUI Employee Withheld (PA) | 2.44 | 23.97 |
| City Withheld (PA,Washington,Cecil Township) | 19.21 | 184.39 |
| Head Tax Withheld (PA,Allegheny,Pittsburgh) | 2.00 | 28.00 |
| School Withheld (PA,Canon Mcmillan SD) | 19.21 | 184.39 |

**UPMC** LIFE CHANGING MEDICINE

Page: 3 of 3

| Other Deductions | | |
|---|---|---|
| **Description** | **Current** | **Year to Date** |
| Spouse DP ADD EE Post Tax | **4.62** | **64.68** |
| Spouse DP Life EE Post Tax | **6.59** | **92.26** |
| Supplemental Employee Life EE Post Tax | **11.19** | **134.56** |
| **Net Pay Distribution** | | | | | |
| **Check/Deposit Number** | **Bank Name** | **Branch Name** | **Account Number** | **Currency** | **Payment Amount** |
| 6245192696 | UPMC Direct Deposit Banks | 043000096 PNC Bank, NA | 1087982557 | USD | **3,482.13** |

| Tax Withholding Information | | | |
|---|---|---|---|
| **Type** | **Marital Status** | **Exemptions** | **Additional Amount** |
| FEDERAL_2020 | Single or Married filing separately | 0 | **0.00** |
| PA | | 0 | **0.00** |