IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
Tarache L. Armstead, ) Case No. 22-21694 GLT
    Debtor(s) ) Chapter 13
) Related Docket No. 19
)
)
) Hearing Date and Time:
)
)
)

## CERTIFICATE OF SERVICE OF ORDER OF COURT EXTENDING AUTOMATIC STAY

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) September 26, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

                                                  Respectfully submitted,

September 26, 2022                    /s/ Christopher M. Frye
DATE                                       Christopher M. Frye, Esquire
                                              Attorney for the Debtor(s)
                                              STEIDL & STEINBERG
                                              Suite 2830 – Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 391-8000
                                              chris.frye@steidl-steinberg.com
                                              PA I.D. No. 208402

```
Label Matrix for local noticing           American First Finance                  American First Finance
0315-2                                    7330 W. 33rd Street                     Attn: Bankruptcy
Case 22-21694-GLT                         Wichita, KS 67205-9370                  Po Box 565848
WESTERN DISTRICT OF PENNSYLVANIA                                                  Dallas, TX 75356-5848
Pittsburgh
Mon Sep 26 17:54:30 EDT 2022

Tarache L. Armstead                       Atlas Aquisitions LLC                   Canon McMillan School District
105 William Street                        492C Cedar Lane, Suite 442              c/o Goehring Rutter & Boehm
Mc Donald, PA 15057-4446                  Teaneck, NJ 07666-1713                  437 Grant St.- 14th Floor
                                                                                  Frick Building
                                                                                  Pittsburgh, PA 15219-6101

Chatham University                        (p)COLUMBIA GAS                         ECMC
Woodland Rd                               290 W NATIONWIDE BLVD 5TH FL            PO BOX 16408
Pittsburgh, PA 15232                      BANKRUPTCY DEPARTMENT                   St Paul, MN 55116-0408
                                          COLUMBUS OH 43215-4157

Christopher M. Frye                       Internal Revenue Service                Kingston Data and Credit International
Steidl & Steinberg                        PO Box 7346                             1701 Drew St
Suite 2830 Gulf Tower                     Philadelphia, PA 19101-7346             Clearwater, FL 33755-6211
707 Grant Street
Pittsburgh, PA 15219-1908

Kingston Data and Credit International    MERRICK BANK                            Merrick Bank
Attn: Bankruptcy                          Resurgent Capital Services              c/o Resurgent Capital Services
1301 Seminole Blvd, Unit 166,             PO Box 10368                            PO Box 10368
Largo, FL 33770-8118                      Greenville, SC 29603-0368               Greenville, SC 29603-0368

Lauren Michaels                           (p)MONERA FINANCIAL                     Brian Nicholas
1251 Waterfront Place                     5935 S EMERSON AVENUE                   KML Law Group, P.C.
Mezzanine Level                           SUITE #100                              701 Market Street
Pittsburgh, PA 15222-4227                 INDIANAPOLIS IN 46237-1975              Suite 5000
                                                                                  Philadelphia, PA 19106-1541

Office of Attorney General, Department of Re   Office of the United States Trustee    PHEAA
Lauren A. Michaels                        Liberty Center.                         PO Box 8147
1251 Waterfront Place                     1001 Liberty Avenue, Suite 970          Harrisburg, PA 17105-8147
Mezzanine Level                           Pittsburgh, PA 15222-3721
Pittsburgh, PA 15222-4227

Pennsylvania American Water Company       Pennsylvania Department of Revenue      Pennsylvania Dept. of Revenue
PO Box 578                                Bankruptcy Division                     Department 280946
Alton, IL 62002-0578                      P.O. Box 280946                         P.O. Box 280946
                                          Harrisburg, PA 17128-0946               ATTN: BANKRUPTCY DIVISION
                                                                                  Harrisburg, PA 17128-0946

Romel L. Nicholas, Esq.                   Select Portfolio Servicing, Inc         Select Portfolio Servicing, Inc
519 Court Place                           10401 Deerwood Park Blvd                Attn: Bankruptcy
Pittsburgh, PA 15219-2002                 Jacksonville, FL 32256-5007             Po Box 65250
                                                                                  Salt Lake City, UT 84165-0250

U.S. Department of Education              U.S. Department of Education            Verizon
Ecmc/Attn: Bankruptcy                     Po Box 5609                             by American InfoSource as agent
P.O. Box 16408                            Greenville, TX 75403-5609               PO Box 248838
Saint Paul, MN 55116-0408                                                         Oklahoma City, OK 73124-8838
```

West Penn Power
5001 NASA Blvd.
Fairmont, WV 26554-8248

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Columbia Gas of Pennsylvania
P.O. Box 117
Columbus, OH 43216

Monera Financial
3313 S. Arlington Avenue
Indianapolis, IN 46203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cecil Township Municipal Authority
375 Southpointe Blvd., Suite 350

(d)Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

(d)Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA  17128-0946

(u)U.S. Bank NA, successor trustee to Bank of

End of Label Matrix
Mailable recipients    31
Bypassed recipients     4
Total                  35