**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>TARACHE L. ARMSTEAD<br><br>            Debtor(s)<br><br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>            Movant<br>     vs.<br>WASHINGTON COUNTY TAX CLM BUREAU(*)<br><br>            Respondents | Case No. 22-21694GLT<br><br><br>Chapter 13<br><br><br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has informed the Trustee that the creditor is not owed anything on a claim. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

   DEBT LISTED IN PLAN AS CANNON MAC SCHOOL DISTRICT REAL ESTATE. SCHOOL DISTRICT RETURNED FUNDS INDICATING TRUSTEE SHOULD PAY TO TAX CLAIM BUREAU. BUREAU ALSO RETURNED FUND.

WASHINGTON COUNTY TAX CLM BUREAU(*)       Court claim# /Trustee CID# 2
COURTHOUSE-MAIN ST
100 W BEAU ST STE 205
WASHINGTON, PA 15301-4402


The Movant further certifies that on 05/12/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| TARACHE L. ARMSTEAD, 105 WILLIAM STREET, MC DONALD, PA  15057 | CHRISTOPHER M FRYE ESQ, STEIDL & STEINBERG, GULF TOWER STE 2830, 707 GRANT ST, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR: WASHINGTON COUNTY TAX CLM BUREAU(*), COURTHOUSE-MAIN ST, 100 W BEAU ST STE 205, WASHINGTON, PA 15301-4402 | |
| NEW CREDITOR: | |