**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/12/2023

IN RE:

| | |
|---|---|
| TARACHE L. ARMSTEAD<br>105 WILLIAM STREET<br>MC DONALD, PA 15057<br>XXX-XX-3876         Debtor(s) | Case No.22-21694 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/12/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WASHINGTON COUNTY TAX CLM BUREAU(*)**<br>COURTHOUSE-MAIN ST<br>100 W BEAU ST STE 205<br><br>WASHINGTON, PA 15301-4402 | Trustee Claim Number: 2   INT %: 9.00%<br>Court Claim Number:<br>CLAIM: 5,000.00<br>COMMENT: 5k@9%/PL@CANON MAC SD~PAY TO TCB/SD*RE*NTC-RSV | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3876 |
| **MONERA FINANCIAL**<br>3313 S ARLINGTON AVE<br><br>INDIANAPOLIS, IN 46203 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*TIMESHARE/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **MONERA FINANCIAL**<br>3313 S ARLINGTON AVE<br><br>INDIANAPOLIS, IN 46203 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*TIMESHARE/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 5   INT %: 3.00%<br>Court Claim Number: 1<br>CLAIM: 1,913.89<br>COMMENT: 3876/3011*CL1GOV*1913/PL@5%/PL~STAT ISSUE | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3876 |
| **US BANK NA SUCCESSOR TRUSTEE ET AL**<br>C/O SELECT PORTFOLIO SVCNG*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: 2663/PL@SPS*2694.43x(60+2)=LMT*BGN 9/22 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1535 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 5-3<br>CLAIM: 20,652.02<br>COMMENT: CL5-3GOV*90k@0%/PL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3876 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 15,105.33<br>COMMENT: 3876/6265*CL1GOV*$/CL-PL@0%/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 3876 |
| **AMERICAN FIRST FINANCE**<br>C/O BECKET AND LEE LLP<br>PO BOX 3002<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: 0003/SCH*CL=$0*W/26 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1063 |
| **ATLAS ACQUISITIONS LLC - ASSIGNEE OF TEMP**<br>492C CEDAR LN STE 442<br><br>TEANECK, NJ 07666 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,766.70<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2278 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **MUNICIPAL AUTHORITY OF CECIL TOWNSHIP**<br>375 SOUTHPOINTE BLVD STE 350<br><br>CANONSBURG, PA 15317 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 813.98<br>COMMENT: WATER AND SEWAGE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6342 |
| **CHATHAM COLLEGE**<br>WOODLAND ROAD<br><br>PITTSBURGH, PA 15232 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2A01 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br><br>COLUMBUS, OH 48216-0117 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0009 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:5-3<br><br>CLAIM: 156,533.93<br>COMMENT: CL5-3GOV*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3876 |
| **KINGSTON DATA AND CREDIT**<br>PO BOX 59<br><br>BUFFALO, NY 14205 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~ANYTIME FITNESS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3629 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 645.11<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9437 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0914 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 10,207.53<br>COMMENT: 3876/6265/3011*CL1GOV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3876 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 0.00<br>COMMENT: $0/PL@SPECIAL CLASS*PHEAA/SCH*AES*CL=14014.85 | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 3876 |
| **US DEPARTMENT OF EDUCATION**<br>NATIONAL PAYMENT CENTER<br>PO BOX 790336<br>ST LOUIS, MO 63179-0336 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 0.00<br>COMMENT: $0/PL@SPECIAL CLASS*CL=22363.70 | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 3876 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br><br>FAIRMONT, WV  26554 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  6,606.92<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8903 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:23  INT %:  6.00%<br>Court Claim Number:5-3<br><br>CLAIM:  22,800.00<br>COMMENT:  CL5-3GOV*NO SEC/SCH-PL*AMD | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 3876 |
| **ATLAS ACQUISITIONS LLC**<br>492C CEDAR LN STE 442<br><br>TEANECK, NJ  07666 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  TEMPOE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK NA SUCCESSOR TRUSTEE ET AL**<br>C/O SELECT PORTFOLIO SVCNG*<br>PO BOX 65450<br><br>SALT LAKE CITY, UT  84165-0450 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  39,592.39<br>COMMENT:  55k/PL@SPS*THRU 8/22 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 1535 |
| **AMERICAN FIRST FINANCE**<br>C/O BECKET AND LEE LLP<br>PO BOX 3002<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  116.29<br>COMMENT:  CL7GOV*NT PROV/PL*W/9 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 1063 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  252.90<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3876 |

Case 22-21694-GLT    Doc 42    Filed 05/12/23    Entered 05/12/23 13:04:59    Desc
Page 5 of 5