Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Tarache L. Armstead** | : | Case No. 22−21694−GLT |
| **aka Tara L. Armstead, dba Armstead** | : | Chapter: 13 |
| **Cleaning Systems** | : | |
| *Debtor(s)* | : | |
| | : | Related Dkt. No. 43 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 13th of November, 2023,* after notice and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tarache L. Armstead  
Debtor

Case No. 22-21694-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tarache L. Armstead, 105 William Street, Mc Donald, PA 15057-4446 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| 15510853 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of Pennsylvania, P.O. Box 117, Columbus, OH 43216 |
| 15510852 | | Chatham University, Woodland Rd, Pittsburgh, PA 15232 |
| 15510867 | + | Romel L. Nicholas, Esq., 519 Court Place, Pittsburgh, PA 15219-2002 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15520208 | | Email/Text: bnc@atlasacq.com | Nov 14 2023 03:53:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15510848 | + | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 04:09:06 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 15510847 | + | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 04:08:50 | American First Finance, 7330 W. 33rd Street, Wichita, KS 67205-9370 |
| 15526800 | | Email/PDF: bncnotices@becket-lee.com | Nov 14 2023 04:31:49 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15510849 | + | Email/Text: bnc@atlasacq.com | Nov 14 2023 03:53:00 | Atlas Aquisitions LLC, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666-1713 |
| 15510850 | + | Email/Text: ebnjts@grblaw.com | Nov 14 2023 03:53:00 | Canon McMillan School District, c/o Goehring Rutter & Boehm, 437 Grant St.- 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15514563 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 14 2023 03:53:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 15510854 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2023 03:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15510858 | ^ | MEBN | Nov 14 2023 03:51:01 | Kingston Data and Credit International, Attn: Bankruptcy, 1301 Seminole Blvd, Unit 166,, Largo, FL 33770-8118 |
| 15514933 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 14 2023 04:08:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15510860 | | Email/Text: servicing@monerafinancial.com | Nov 14 2023 03:53:00 | Monera Financial, 3313 S. Arlington Avenue, Indianapolis, IN 46203 |
| 15510859 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 22-21694-GLT   Doc 46   Filed 11/15/23   Entered 11/16/23 00:36:25   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 28 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 14 2023 04:08:42 | Merrick Bank, c/o Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15510866 | + | Email/Text: bncnotifications@pheaa.org | Nov 14 2023 03:53:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15510863 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2023 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15510868 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 14 2023 03:54:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 15510869 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 14 2023 03:54:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15544961 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 14 2023 03:54:00 | U.S. Bank NA, successor trustee at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15510870 | + | Email/Text: EDBKNotices@ecmc.org | Nov 14 2023 03:53:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15510876 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 14 2023 03:53:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15543003 | | Email/Text: BNCnotices@dcmservices.com | Nov 14 2023 03:53:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15547261 | | Email/Text: EDBKNotices@ecmc.org | Nov 14 2023 03:53:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 15510882 | | Email/PDF: ebn_ais@aisinfo.com | Nov 14 2023 04:08:34 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 15510883 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 14 2023 03:54:00 | West Penn Power, 5001 NASA Blvd., Fairmont, WV 26554-8248 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank NA, successor trustee to Bank of America |
| 15510851 | | Cecil Township Municipal Authority, 375 Southpointe Blvd., Suite 350 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15544122 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15510855 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15510856 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15510861 | *P++ | MONERA FINANCIAL, 5935 S EMERSON AVENUE, SUITE #100, INDIANAPOLIS IN 46237-1975, address filed with court:, Monera Financial, 3313 S. Arlington Avenue, Indianapolis, IN 46203 |
| 15510864 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15510865 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15512668 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15510871 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15510872 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15510873 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15510874 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15510875 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 15510877 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15510878 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15510879 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15510880 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15510881 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 15510857 | ##+ | Kingston Data and Credit International, 1701 Drew St, Clearwater, FL 33755-6211 |

Case 22-21694-GLT    Doc 46    Filed 11/15/23    Entered 11/16/23 00:36:25    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2023 | Form ID: pdf900 | Total Noticed: 28 |

15510862         ##+         Pennsylvania American Water Company, PO Box 578, Alton, IL 62002-0578

TOTAL: 2 Undeliverable, 18 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank NA  successor trustee to Bank of America, NA, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns, Asset Backed Securities I Trust bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Tarache L. Armstead chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren Michaels | on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5