**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TARACHE L. ARMSTEAD<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-21694 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/31/2022 and confirmed on 10/25/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 47,000.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 46,995.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 2,435.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,435.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK NA SUCCESSOR TRUSTEE ET A<br>Acct: 1535 | 0.00 | 38,894.78 | 0.00 | 38,894.78 |
| US BANK NA SUCCESSOR TRUSTEE ET A<br>Acct: 1535 | 39,592.39 | 3,148.13 | 0.00 | 3,148.13 |
| WASHINGTON COUNTY TAX CLAIM BURE<br>Acct: 3876 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| MONERA FINANCIAL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MONERA FINANCIAL<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 3876 | 1,913.89 | 138.94 | 33.11 | 172.05 |
| INTERNAL REVENUE SERVICE*<br>Acct: 3876 | 22,800.00 | 1,206.60 | 1,138.44 | 2,345.04 |
| AMERICAN FIRST FINANCE LLC<br>Acct: 1063 | 116.29 | 0.00 | 0.00 | 0.00 |
| | | | | 44,560.00 |

Priority

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TARACHE L. ARMSTEAD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TARACHE L. ARMSTEAD | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 20,652.02 | 0.00 | 0.00 | 0.00 |
| Acct: 3876 | | | | |
| PA DEPARTMENT OF REVENUE* | 15,105.33 | 0.00 | 0.00 | 0.00 |
| Acct: 3876 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3876 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3876 | | | | |
| AMERICAN FIRST FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1063 | | | | |
| ATLAS ACQUISITIONS LLC - ASSIGNEE OF | 1,766.70 | 0.00 | 0.00 | 0.00 |
| Acct: 2278 | | | | |
| MUNICIPAL AUTHORITY OF CECIL TOWNS | 813.98 | 0.00 | 0.00 | 0.00 |
| Acct: 6342 | | | | |
| CHATHAM COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2A01 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0009 | | | | |
| INTERNAL REVENUE SERVICE* | 156,533.93 | 0.00 | 0.00 | 0.00 |
| Acct: 3876 | | | | |
| KINGSTON DATA AND CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3629 | | | | |
| MERRICK BANK | 645.11 | 0.00 | 0.00 | 0.00 |
| Acct: 9437 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN W | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0914 | | | | |
| PA DEPARTMENT OF REVENUE* | 10,207.53 | 0.00 | 0.00 | 0.00 |
| Acct: 3876 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 6,606.92 | 0.00 | 0.00 | 0.00 |
| Acct: 8903 | | | | |
| UPMC HEALTH SERVICES | 252.90 | 0.00 | 0.00 | 0.00 |
| Acct: 3876 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS ACQUISITIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                44,560.00

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 35,757.35 |
| SECURED | 69,422.57 |
| UNSECURED | 176.827.07 |

Date: 12/05/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com